The People of the State of Illinois ex rel. Myrtle Pope, Appellee, v. Fred Jensson, Appellant.

### Gen. No. 5,837. (Not to be reported in full.)

Appeal from the County Court of Lee county; the Hon. ROBERT H. SCOTT, Judge, presiding. Heard in this court at the October term, 1913. Affirmed. Opinion filed April 15, 1914.

### Statement of the Case.

Prosecution for bastardy by the People of the State of Illinois on the relation of Myrtle Pope against Fred Jensson. There was a verdict of a jury finding defendant guilty and judgment was entered on the verdict. From the judgment, defendant appeals.

BROOKS & BROOKS, for appellant.

HARRY EDWARDS, for appellee.

*See Illinois Notes Digest, Vols. XI to XV and Cumulative Quarterly, same topic and section number.

MR. PRESIDING JUSTICE WHITNEY delivered the opinion of the court.

## Abstract of the Decision.

1. BASTARDS, § 22*—*when finding of guilty sustained by the evidence.* On prosecution for bastardy, a verdict of guilty *held* sustained by the evidence.

2. APPEAL AND ERROR, § 1561*—*when refusal of requested instructions not error.* Refusal of appellant's requested instructions which were substantially covered by others given for the appellant, *held* not error.